09-3012-cv
Wetherby v. Astrue

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of March, two thousand ten.

PRESENT:

> JOSÉ A. CABRANES,
> BARRINGTON D. PARKER,
> *Circuit Judges,*
> EVAN J. WALLACH,
> *Judge.*[*]

------------------------------------x

LOU ANN WETHERBY,

> *Plaintiff-Appellant,*

> -v.-                                                     No. 09-3012-cv

MICHAEL J. ASTRUE, Commissioner of Social Security

> *Defendant-Appellee.*

------------------------------------x

**COUNSEL FOR APPELLEE:**          KEVIN J. DOYLE, Assistant United States Attorney (Tristram J. Coffin, United States Attorney for the District of Vermont, Carol L. Shea, Chief of Civil Division, United States Department of Justice, *on the brief*) Burlington, VT.

---

[*] The Honorable Evan J. Wallach, of the United States Court of International Trade, sitting by designation.

**COUNSEL FOR APPELLANT:**     WILLIAM J. BLOOMER, Bloomer & Bloomer, P.C., Rutland, VT.

Appeal from a judgment of the United States District Court for the District of Vermont  (J. Garvan Murtha, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff Lou Ann Wetherby appeals from the May 28, 2009 judgment of the District Court denying plaintiff's motion for an order reversing the decision of the Commissioner of the Social Security Administration (the "Commissioner"), granting defendant's motion for an order affirming the Commissioner's decision, and affirming the Commissioner's decision denying plaintiff's application for disability benefits.  On appeal plaintiff argues that the District Court erred in affirming the decision of the Administrative Law Judge ("ALJ") because (1) the ALJ improperly failed to accord controlling weight to the treating physician's disability opinions; (2) the ALJ improperly substituted his own judgment for competent medical opinions when making his findings; and (3) the ALJ improperly required objective findings to support the medical testimony of Wetherby's treating physician.  We assume the parties' familiarity with the facts and procedural history of the case.

We have reviewed each of plaintiff's claims and find them to be without merit.  Substantially for the reasons stated by Magistrate Judge Conroy in his careful and thoughtful report and recommendation of March 16, 2009, *see Wetherby v. Astrue*, 08-CV-00165 (D. Vt. March 16, 2009), which the District Court adopted, *see Wetherby v. Astrue*, 08-CV-00165 (D. Vt. May 28, 2009), the May 28, 2009 judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk